```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
JACALYN DIESENHOUSE, et al.,                                       :
                                                                   :
                          Plaintiffs,                              :
                                                                   :      20-cv-7436 (LJL)
              -v-                                                  :
                                                                   :          ORDER
SOCIAL LEARNING AND PAYMENTS, INC., et al.,                        :
                                                                   :
                          Defendants.                              :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2020

LEWIS J. LIMAN, United States District Judge:

As discussed at the initial pretrial conference held on December 17, 2020, Plaintiffs shall file the amended complaint by January 12, 2021 and Defendants shall answer or otherwise respond to the amended complaint by February 11, 2021. The Court will defer entry of the proposed Case Management Plan and Scheduling Order until the filing of the amended complaint upon which time the Court may schedule a status conference to discuss the start of discovery or any motions filed by Defendants.

SO ORDERED.

Dated: December 18, 2020
       New York, New York                    _____
                                             LEWIS J. LIMAN
                                             United States District Judge