```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
JACALYN DIESENHOUSE, et al.,                                      :
                                                                  :
                          Plaintiffs,                             :
                                                                  :    20-cv-7436 (LJL)
            -v-                                                   :
                                                                  :    ORDER
SOCIAL LEARNING AND PAYMENTS, INC., et al.,                       :
                                                                  :
                          Defendants.                             :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/1/2021

LEWIS J. LIMAN, United States District Judge:

On December 18, 2020, the Court ordered Plaintiffs to file the amended complaint by January 12, 2021 and stated it would defer filing the proposed case management plan and scheduling order until the filing of the amended complaint. Dkt. No. 23. The Court twice extended Plaintiffs' time to amend the complaint until February 4, 2021, Dkt. No. 25, and then until February 23, 2021, Dkt. No. 27. Plaintiffs have not yet filed the amended complaint.

It is hereby ORDERED that Plaintiffs shall file the amended complaint by March 15, 2021. Failure to do so may result in dismissal of the action for failure to prosecute.

SO ORDERED.

Dated: March 1, 2021
       New York, New York                    _____
                                             LEWIS J. LIMAN
                                             United States District Judge