```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JACALYN DIESENHOUSE et al.,

               Plaintiff,

    -v-

SOCIAL LEARNING AND PAYMENTS, INC. ET AL.,

              Defendant.
-------------------------------------------------------------------X

20-cv-07436 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

      On October 12, 2022, counsel for Defendant Edward Moran notified the Court that Plaintiffs have failed to file a second amended complaint by the deadline ordered by this Court. After granting the defendants' motion to dismiss, the Court allowed plaintiffs to file a second amended complaint by September 2, 2022. Dkt. No. 69 at 26. On September 1, 2022, Plaintiffs requested an additional thirty days to file the second amended complaint and the Court granted the extension through and including October 2, 2022. Dkt. Nos. 70, 71. The October 2, 2022 deadline has passed, and Plaintiffs have not filed a second amended complaint.

      Plaintiffs are ORDERED to respond to Defendant Moran's letter by Monday, October 17, 2022 and to address why the case should not be closed. Absent a response by that date, the Court will dismiss the case.

      SO ORDERED.

Dated: October 13, 2022
       New York, New York

                                                        LEWIS J. LIMAN
                                                        United States District Judge